IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUIS FASULLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 08-cv-854-MJR |
| | ) |
| CAROLINA FASULLO, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

This matter is before the Court on Plaintiff's motions for a hearing and for a declaration of rights (Doc. 10).  On March 2, 2009, the Court issued a Memorandum and Order (Doc. 6) denying Plaintiff's motion to proceed *in forma pauperis* status because he had accumulated "3 strikes" under 28 U.S.C. § 1915(g) prior to commencing this action.  The Court ordered Plaintiff to pay the full $350 filing fee within 15 days.  Plaintiff was warned that if he did not pay the full filing fee within the time allotted, then his case would be closed for failure to pay the filing fee and for failing to comply with an order of this Court.  More than 15 days passed and Plaintiff had not paid the full filing fee as directed.  Accordingly, the instant action was dismissed with prejudice for failing to comply with this Court's Order.  Fed. R. Civ. P. 41(b).  There is no matter currently pending before the Court.  Therefore, both Plaintiff's motion for a hearing and his motion for a declaration of rights (Doc. 10) are **DENIED**.

**IT IS SO ORDERED.**

**DATED this 19th day of March, 2010.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**